# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**In Re**  Veaner Copeland                                        **Case No.** 10-14913-JDW
         Debtor(s)
                                                                  **Chapter 13**

## Notice of Mortgage Payment Change

**If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.**  See Bankruptcy Rule 3002-1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as trustee for Normandy Mortgage Loan Trust, Series 2013-8 As Serviced by Rushmore Loan Management Services LLC | **Court claim no.** (if known): | 1 |
| **Last four digits** of any number you use to identify the debtor's account: | xxxxxx2329 | **Date of payment change:** Must be at least 21 days after date of this notice | 02/09/2015 |
| | | **New total payment:** Principal, interest, and escrow, if any | $555.84 |

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**
☒ No
☐ Yes    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current escrow payment:** _____    **New escrow payment:** _____

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
☐ No
☒ Yes    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

| | | | |
|---|---|---|---|
| **Current interest rate:** | 12.1400% | **New interest rate:** | 12.1400% |
| **Current principal and interest payment:** | $555.85 | **New principal and interest payment:** | $555.84 |

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**
☒ No
☐ Yes    Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

**Reason for change:** _____

**Current mortgage payment:** _____    **New mortgage payment:** _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.    ☒ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

| | | | |
|---|---|---|---|
| /s/ Natalie E. Zindorf | | Date | 01/23/2015 |
| Signature | | | |
| Print: | Natalie E. Zindorf | Title | Authorized Agent for Rushmore Loan Management Services LLC |
| | First Name   Middle Name   Last Name | | |
| Company | Buckley Madole, P.C. | | |
| Address | 14841 Dallas Parkway, Suite 300 | | |
| | Number    Street | | |
| | Dallas, TX  75254 | | |
| | City    State    ZIP Code | | |
| Contact phone | (972) 643-6600 | Email | POCInquiries@buckleymadole.com |

Certificate of Service

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before January 26, 2015.

Debtor's Attorney Information
Rgawyn Mitchell
Rgawyn Mitchell
PO BOX 7177
TUPELO, MS  38802-7177

Debtors Information
Veaner Copeland
118 Ronda St
Tupelo, MS 38801-8863

Chapter 13 Trustee Information
Terre M. Vardaman
P. O. Box 1326
Brandon, Mississippi 39043

Respectfully Submitted,

/s/ Natalie E. Zindorf

PmtChgCOS_0001
5420-N-0335