Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619

01/12/2015

VEANER COPELAND
118 RONDA ST
TUPELO, MS 38801-8863

RE:
118 RONDA ST
TUPELO, MS  38801

### Changes to Your Mortgage Interest Rate and/or Payment Change Effective February 9, 2015

Under the terms of your Adjustable-Rate Mortgage (ARM), any applicable addendums and/or modifications (collectively, loan agreements), your Interest Rate (IR) and/or Payment has been in effect for 6 month(s).  Your interest rate and mortgage payment will change effective February 9, 2015.  Your next scheduled interest rate adjustment will occur in 6 month(s).  Your next scheduled payment change will occur in 6 month(s).  A change in your interest rate may also result in a change in your mortgage payment.

|  | Current Rate and Payment | New Rate and Payment |
|---|---|---|
| Interest Rate | 12.14000% | 12.14000% |
| Principal | $36.34 | $36.69 |
| Interest | $519.51 | $519.15 |
| Escrow (1) | $0.00 | $0.00 |
| Total Monthly Payment | $555.85 | $555.84 |

**Interest Rate:**
Your new interest rate is calculated by adding the "margin", a predetermined percentage amount, to the published "index" rate and applying applicable rounding, interest rate carryover and/or interest rate caps as prescribed in your loan agreement.  Your new interest rate is based on the "index" rate of 0.32620% which was published on December 1, 2014 and a margin of 8.00000%.  The index used to calculate your interest rate is the 6 Month Libor - London Interbank Offered Rate as published on the first business day of the month in the Wall Street Journal.

**Interest Rate Limits[s]:**
Your interest rate can never be higher than 18.14000% during the course of your loan based on your Loan Agreement(s).  Your interest rate is not allowed to increase by more than 1.00000% or decrease by more than 1.00000% with this adjustment.

**New Interest Rate and Monthly Payment:**
The table above shows a breakdown of your total Principal and Interest (P&I) Payment, which is $555.84, and has been calculated using your new interest rate, an amortizing term of 270 months and a projected unpaid principal balance of $51,315.95.

**Bankruptcy Disclosure:**
On records indicate your loan is in an active Chapter 13 Bankruptcy status.  The information contained within this notification impacts your Post-Petition Payment and not your Pre-Petition Payment.  As such, please be prepared to begin remitting the payment amount referenced in this notification on the effective payment date.

If you have any questions regarding this notification, please contact Rushmore's Bankruptcy Department at 888-504-6700.

**If You Anticipate Problems Making Your Payments:**
- Contact Rushmore 1-888-504-6700 Monday through Thursday between the hours of 6:00 a.m. to 7:00 p.m., Friday 6:00 a.m. to 6:00 p.m. Pacific Time.
- If you seek an alternative to the upcoming changes to your interest rate and payment, the following options **may** be possible (most are subject to lender approval):
    - **Refinance your loan** with us or another lender;

- - **Sell your home** and use the proceeds to pay off your current loan;
  - **Modify your loan terms** with us;
  - **Payment forbearance** temporarily gives you more time to pay your monthly payment.
- If you would like contact information for a State Housing finance agency, visit the U.S. Consumer Financial Protection Bureau (CFPB) at http://www.consumerfinance.gov.

(1) The sum of the all escrow elements for your loan, which may include but are not limited to items such as city property taxes, county property taxes, other property taxes, homeowners insurance, flood insurance, windstorm insurance, earthquake insurance, mortgage insurance and an Overage/Shortage Spread. The escrow portion of your payment is subject to change whenever an escrow analysis is performed on your account.