IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  VEANER COPELAND                              CASE NO: 10-14913
         DEBTOR                                       CHAPTER 13

## ORDER APPROVING MOTION FOR MODIFICATION OF PLAN

A Motion and Notice of Modification of Plan having been filed in the above styled and numbered Chapter 13 bankruptcy proceeding dated May 21, 2015, and no written objections having been filed within twenty-one (21) days, it is therefore,

**ORDERED AND ADJUDGED** that the Motion for Modification of Plan in the above styled and numbered Chapter 13 bankruptcy proceeding is granted. The Debtor surrenders her interest in her home located at 118 Ronda Street, Verona, MS 38879 to Rushmore Loan Management Services, with any deficiency balance being treated as unsecured, and any mortgage arrears being paid in the plan removed. The Chapter 13 Trustee shall amend the wage order accordingly.

##END OF ORDER##

PRESENTED BY:
MITCHELL & CUNNINGHAM
R. Gawyn Mitchell, 3383
112 N Broadway
P.O. Box 7177
Tupelo, MS 38802
(662) 407-0408 (Office)
(662) 407-0782 (Fax)